**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Olga I Waesche, | No. CV-21-08020-PCT-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Embry-Riddle Aeronautical University Incorporated, | |
| Defendant. | |

Pending before the Court is Plaintiff's motion for reconsideration of the Court's September 29, 2023 order. (Doc. 84.) Additional briefing is unnecessary, and the Court denies the motion.

Motions for reconsideration are rarely granted. *Defenders of Wildlife v. Browner*, 909 F. Supp. 1342, 1351 (D. Ariz. 1995). A motion for reconsideration ordinarily will be denied "absent a showing of manifest error or a showing of new facts or legal authority that could not have been brought to its attention earlier with reasonable diligence." LRCiv 7.2(g). The motion must "point out with specificity the matters the movant believes were overlooked or misapprehended by the Court, any new matters being brought to the Court's attention for the first time and the reasons they were not presented earlier, and any specific modifications being sought in the Court's order." *Id.* Further, "[n]o motion for reconsideration . . . may repeat any oral or written argument made by the movant in support or in opposition to the motion that resulted in the Order." *Id.* The Court may deny a motion

for reconsideration if it fails to comply with these rules. *Id.*

Here, Plaintiff has neither made a showing of manifest error nor presented the Court with new facts or legal authority that could not have been brought to its attention earlier with reasonable diligence. Rather, Plaintiff merely repeats arguments that the Court previously considered and rejected. Plaintiff's mere disagreement with the Court's order is an insufficient basis for reconsideration. *See Leong v. Hilton Hotels Corp.*, 689 F. Supp. 1572, 1573 (D. Haw. 1988). Further, "it is not enough to simply incant the phrase 'manifest error.'" *Estrada v. Bashas Inc.*, No. CV-02-00591-PHX-RCB, 2014 WL 1319189, at *3 (D. Ariz. Apr. 1, 2014). Plaintiff must identify each error and explain how it is "plain and indisputable[,] . . . amount[ing] to a complete disregard of the controlling law or credible evidence in the record." *Id.* Plaintiff has not done that. Accordingly,

**IT IS ORDERED** that Plaintiff's motion for reconsideration (Doc. 84) is **DENIED**.

Dated this 17th day of October, 2023.

Douglas L. Rayes
United States District Judge